## DIVIDENDS REMITTED TO THE COURT

Case Number 09-30205 - RITTER, KENNETH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| State of Michigan, Department of Treasury<br>3030 W. Grand Blvd<br>Suite 10-200<br>Detroit, Michigan 48202 | 000005 | 82.52 | 0.41 |
| ---------- Remittance Total ---------------- | | 82.52 | 0.41 |

*[signature]*

Michael A. Mason, Trustee